IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRIGINIA

| | |
|---|---|
| HYUN MEE KOO, *et al.* | * |
| | * |
| PLAINTIFFS, | * |
| v. | * Case No.: 1:17-cv-00124-CMH-TCB |
| | * |
| DOTOMBORI, INC., ET AL. | * |
| | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DISMISSAL, WITH PREJUDICE

The parties, through arms-length agreement, have fully resolved all claims at issue in the above captioned matter. As such, Plaintiffs do hereby notify the Court this matter should be dismissed, with prejudice.

Respectfully submitted,

/s/   Gregg C. Greenberg
Gregg C. Greenberg, Bar No. 79610
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2017, a true and correct copy of the foregoing Notice of Dismissal, With Prejudice was electronically served by the Court's ECF system on all counsel of record.

/s/   Gregg C. Greenberg
Gregg C. Greenberg

So Ordered
Claude M. Hilton
USDJ
July 13, 2017